# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WIDMAN OSBERTO LOPEZ FUNES, <br><br> Defendant. | No. 1:25-cr-00626 <br><br> Magistrate Judge McShain |

### ORDER

Arrest warrant issued to United States Marshal and Any Authorized Officer as to defendant Widman Osberto Lopez Funes.

*(signature)*

_____
**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: October 3, 2025**