UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 25 CR 626 |
| | ) | |
| WIDMAN OSBERTO LOPEZ-FUNES | ) | Judge Heather K. McShain |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT AGAINST WIDMAN OSBERTO LOPEZ-FUNES WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by and through its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the indictment in this case without prejudice as to defendant Widman Osberto Lopez-Funes. In support of this motion to dismiss the indictment, the United States submits the following.

1. On October 3, 2025, defendant Widman Osberto Lopez-Funes was charged in a criminal complaint with two offenses that allegedly took place on October 1, 2025. Count 1 charged that defendant forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer and employee of the United States, while the officer was engaged in the performance of his official duties, and in the commission of such acts used a deadly and dangerous weapon, in violation of Title 18, United States Code, Section 111(a) and (b). Count 2 charged that defendant willfully committed a depradation against property of the United States and a department and agency thereof, namely, causing damage exceeding the sum of $1,000 to a government vehicle.

2. On October 1, 2025, defendant was arrested, and an Immigration and

Customs Enforcement detainer was lodged. Defendant thereafter had an initial appearance on October 3, 2025, and this case was unsealed. After a detention hearing took place on October 9, 2025, the Government's motion for detention was denied, and the Court ordered defendant released on a bond, subject to certain pretrial release conditions. A preliminary hearing before this Court was scheduled for October 24, 2025.

3. Before his release in this case, defendant was taken into Immigration and Customs Enforcement custody and is now subject to possible removal proceedings. Defendant is scheduled to have an immigration hearing on or about October 27, 2025.

4. Because defendant is subject to immigration proceedings and may be deported and removed from the United States thereafter, the Government respectfully moves the Court for an order dismissing this case without prejudice and striking the previously set preliminary hearing in the case.

5. Before filing this motion, the undersigned counsel for the United States contacted the attorney for defendant, who indicated no opposition to this motion.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Kartik K. Raman*
KARTIK K. RAMAN
Assistant United States Attorney
219 South Dearborn Street, 5th Flr.
Chicago, Illinois 60604
(312) 469-6026
Dated: October 22, 2025   *kartik.k.raman@usdoj.gov*